# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00284-MR

| | |
|---|---|
| KATHERINE A. RICHARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Defendant's Consent Motion to Remand [Doc. 11].

Upon careful review of the Defendant's Motion, and for good cause shown, the Court concludes that remand pursuant to sentence six of 42 U.S.C. § 405(g) is appropriate. See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Consent Motion for Remand [Doc. 11] is **GRANTED**, and this matter is hereby **REMANDED** for further proceedings.

The Clerk of Court is respectfully directed to close this case administratively.

**IT IS SO ORDERED.**

Signed: February 27, 2015

Martin Reidinger
United States District Judge