THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00284-MR

KATHERINE A. RICHARDS,      )
                            )
            Plaintiff,      )
                            )
    vs.                     )      **O R D E R**
                            )
                            )
CAROLYN W. COLVIN, Acting   )
Commissioner of Social Security, )
                            )
            Defendant.      )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss [Doc. 20].

For the reasons in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 20] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge